y

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL ACTION 1:24-CR-00165 |
| VERSUS | JUDGE EDWARDS |
| MARCO ZARATE, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## DISCOVERY ORDER

An initial appearance and/or arraignment has been held in this case. During the hearing, the court granted Defendant's oral motion for Rule 16 discovery as well as the Government's oral motion for reciprocal Rule 16 discovery. Discovery must be turned over by the deadline(s) set during the hearing.

In accordance with Rule 5 (as amended on Oct. 21, 2020), the Government is reminded of its obligation to turn over Brady and Giglio evidence to the defense. Failure to do so can result in serious consequences, including (1) invalidating any subsequent conviction, and (2) severe disciplinary action against the responsible AUSA.

SIGNED on Thursday, January 8, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE